IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YEISY ROJAS RODRIGUEZ,**<br>*Plaintiff,*<br>**v.**<br>**INDIMORE, INC.,**<br>*Defendant.* | **CIVIL ACTION NO. 26-2723** |

**ORDER RE: JURISDICTIONAL DISCOVERY**

**AND NOW**, on this 19th day of August 2026, upon consideration of Defendants' Motion to Dismiss (ECF 18), Plaintiffs' Response in Opposition (ECF 22), Defendants' Reply (ECF 25), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the parties may engage in discovery limited to the issues of personal jurisdiction and venue within sixty (60) days of the date of this Order. Plaintiff may file an amended complaint within fourteen (14) days of the completion of jurisdictional discovery. The jurisdictional discovery should proceed as follows:

1. Plaintiff shall serve any Rule 33 interrogatories or Rule 34 document requests within seven (7) days with specific requests for information in the possession, custody or control of Defendant. This should include any requests for information held by Defendant as to any of its activities in Pennsylvania, including but not limited to digital means, personal contacts, or other business activity which has affected Pennsylvania.
2. Defendants must serve any objections to the above discovery requests within seven (7) days.
3. Within seven (7) days thereafter, the parties shall confer and attempt to resolve any

objections.

4. If any objections remain unresolved, Plaintiff must file a Rule 37 motion to compel within seven (7) days, and Defendant must respond to that motion within seven (7) days.
5. Any documents or other information which Defendant has in its possession, custody, or control on these topics must be produced to Plaintiff within fourteen (14) days of the date of this Order unless an objection has been made and is not resolved.
6. The Court will promptly address any motions to compel filed pursuant to this Order.
7. If the parties agree, up to three depositions can be taken of the parties in this case or non-parties with personal information concerning the issues of personal jurisdiction and venue.

It is further **ORDERED** that Plaintiff's Request for Oral Argument on the Motion (ECF 26) is **DENIED**.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\phl-data\judge_baylson\civil 26\26-2723 rodriguez v indimore music\26-2723 order re jurisdictional discovery.docx